1  SHARTSIS FRIESE LLP
   KAJSA M. MINOR (Bar #251222)
2  kminor@sflaw.com
   ALEXANDER R. MORROW (Bar #341052)
3  amorrow@sflaw.com
   425 Market Street, Eleventh Floor
4  San Francisco, CA  94105-2496
   Telephone:    (415) 421-6500
5  Facsimile:    (415) 421-2922

6  Attorneys for Defendant
   OKCOIN USA, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11  LESLIE DEAN, an individual,            Case No. 5:24-cv-01331-PCP

12                        Plaintiff,       **DECLARATION OF EMILY CHAN IN
                                           SUPPORT OF DEFENDANT OKCOIN**
13       v.                                **USA, INC.'S REPLY IN SUPPORT OF ITS
                                           MOTION TO COMPEL ARBITRATION**
14  OKCOIN USA, INC., a Delaware           **AND STAY PROCEEDINGS**
    Corporation, and Does 1-10,
15                                         Date:  May 23, 2024
                        Defendants.        Time:  10:00 a.m.
16                                         Ctrm:  8, 4th Floor
                                           Judge: Hon. P. Casey Pitts
17

18

19

20

21

22

23

24

25

26

27

28

SHARTSIS FRIESE LLP
425 MARKET STREET
ELEVENTH FLOOR
SAN FRANCISCO, CA  94105-2496

I, Emily Chan, hereby declare as follows:

1.    I am a Senior Legal Analyst for Defendant OKCoin USA Inc. ("OKCoin").  I have been employed by OKCoin in that role since May 2022, and my job responsibilities include, among other things, reviewing for legal and other purposes customer service-related "tickets" on a web-based platform called Zendesk, which reflect correspondence between OKCoin customer service representatives and OKCoin users.  I make this Declaration in support of OKCoin's Reply in Support of its Motion to Compel Arbitration and Stay Proceedings (the "Motion") and in response to the Declaration of Plaintiff Leslie Dean ("Plaintiff") in support of his opposition to OKCoin's Motion.  I am over the age of 18 and have personal knowledge of the facts stated in this declaration, except as to matters stated on the basis of information and belief, which matters I believe to be true. If called upon to testify, I could and would competently testify under oath thereto.

2.    Attached as **Exhibit A** is a true and correct copy of a Zendesk ticket #20270859, prepared in the ordinary course of OKCoin's business, which reflects correspondence between Plaintiff (using the email address l.dean6154@gmail.com) and OKCoin customer service representatives on June 16, 2022.  In that ticket, Plaintiff references and attaches a "theft report" that he submitted to the Federal Trade Commission, and he also references other "reports" that he filed with, among others, Microsoft.

3.    Attached as **Exhibit B** is a true and correct copy of the Federal Trade Commission ("FTC") Identity Theft Report number 148585204 that Plaintiff attached to his Zendesk ticket correspondence referenced in paragraph 2 above.  In that FTC report, Plaintiff states:

> My computer screen was locked and said to call Microsoft.  I called and after the initial conversation was asked to get the banks 24hr number and they would connect me on a secured line. after talking to the fraud department was told to wire the money to an account at Ok coin until Microsoft had everything straightened out and then transfer it back.  Microsoft accessed my computer thru ultra view, I was in contact with Albert from Microsoft for about 10 days and said they were just about done when I got an e-mail from Ok coin saying my withdrawal was approved.  I e-mailed them and asked them to contact me immediately by phone about fraud.  Rusty from Okcoin called me and said the money was gone and that he was very sorry and that I should contact the Police.

Ex. B.

SHARTSIS FRIESE LLP
425 MARKET STREET
ELEVENTH FLOOR
SAN FRANCISCO, CA  94105-2496

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 9th day of May, 2024, in New York, New York.

DocuSigned by:

*Emily Chan*

5CEFEB4AC0D940C...

By:        EMILY CHAN

10367444

SHARTSIS FRIESE LLP
425 MARKET STREET
ELEVENTH FLOOR
SAN FRANCISCO, CA  94105-2496

Case No.
5:24-cv-01331-PCP                    DECLARATION ISO MOTION TO COMPEL ARBITRATION

# EXHIBIT A

 **#20270859 Information**

---

| **Submitted** | **Received via** | **Requester** |
|---|---|---|
| June 16, 2022 at 07:35 | Closed Ticket | Leslie Dean <l.dean6154@gmail.com> |

| **Status category** | **Ticket status** | **Type** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|---|---|
| Closed | Solved | - | Normal | Risk & Fraud - Okcoin | Rusty Lindsey |

| **Total time spent (sec)** | **Time spent last update (sec)** | **KYC Country** | **User ID** |
|---|---|---|---|
| 1739 | 354 | United States | 12205443 |

---

**Leslie Dean**  June 16, 2022 at 07:35

This is a follow-up to your previous request #20263849 "About your Okcoin account"

Okcoin,
I have filed a police report with the Lansing, Mi. Police department Incident #2251904093 a report with Microsoft. Attached are the theft report with the Federal trade commission and consumer complaint with the California Attorney General. I'd like to get my money returned to me without involving anyone else if possible.
Thank you,
Leslie Dean

---

**Charlie**  June 16, 2022 at 22:35

Dear Leslie,

Thank you for reaching out to Okcoin!

Please be informed that your inquiry has been escalated to the relevant department, and it will be addressed shortly.

We kindly ask for your patience.

Should you have any further questions, do feel free to contact us again.

Have a great day!
Charlie | Customer Service Representative

**Rusty Lindsey**  June 17, 2022 at 22:49

Dear Leslie,

Thank you for providing the documentation. We are reviewing the information you provided to determine the next steps to take in this matter.

We will follow up as soon as possible.

Thank you for your patience, and we apologize for the inconvenience.

Best Regards
Justin
OKCoin Risk Team

---

**Rusty Lindsey**  June 17, 2022 at 23:56

Dear Leslie,

We are very sorry for your losses. Once we receive a request from law enforcement we will be happy to cooperate with their requests.

Best Regards
Justin
OKCoin Risk Team

# EXHIBIT B



FEDERAL TRADE COMMISSION

# Identity Theft Report

FTC Report Number:
148585204

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Last Name: |
|---|---|
| Leslie | Dean |

| Address: | Phone: | Email: |
|---|---|---|
| 2828 Wilson<br>Lansing 48906<br>USA | 517-391-9883 | ldean6154@gmail.com |

## Personal Statement

My computer screen was locked and said to call Microsoft. I called and after the initial conversation was asked to get the banks 24hr number and they would connect me on a secured line. after talking to the fraud department was told to wire the money to an account at Okcoin until Microsoft had everything straightened out and then transfer it back. Microsoft accessed my computer thru ultra view, I was in contact with Albert from Microsoft for about 10 days and said they were just about done when I got an e-mail from Okcoin saying my withdrawal was approved. I e-mailed them and asked them to contact me immediately by phone about fraud. Rusty from Okcoin called me and said the money was gone and that he was very sorry and that I should contact the Police.

## Accounts Affected by the Crime

| Other Identity Theft |
|---|
| Company or Organization: |

| Total fraudulent amount: |
|---|
| $ 0 |

## Fraudulent Information on Credit Reports

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|

Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.

*I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a* fine, imprisonment, or both.

**Leslie Dean**
Leslie Dean

6/10/2022
Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.